No. 364. CAMPBELL *v.* GOOCH ET AL. C. A. 3d Cir. Certiorari denied. *Solicitor General Griswold* for respondents.

No. 365. BRANN & STUART CO. *v.* CONSOLIDATED SUN RAY, INC. Sup. Ct. Pa. Certiorari denied. *Fred M. Vinson, Jr.,* for petitioner. *Morris Wolf* for respondent.

No. 366. SPAHR ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Bruce I. Hochman* for petitioners. *Solicitor General Griswold, Assistant Attorney General Walters, Joseph M. Howard,* and *John P. Burke* for the United States.

No. 370. FARRELL ET AL., ADMINISTRATORS *v.* PIEDMONT AVIATION, INC., ET AL. C. A. 2d Cir. Certiorari denied. *Lee S. Kreindler* for petitioners. *Douglas B. Bowring* for respondent Rapidair, Inc., and *John M. Aherne* and *John J. Martin* for respondent Lanseair, Inc.

No. 371. JOHN S. BARNES CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. *Theophil C. Kammholz* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.

No. 372. NEW YORK STATE LIQUOR AUTHORITY *v.* FINN'S LIQUOR SHOP, INC. Ct. App. N. Y. Certiorari denied. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Brenda Soloff,* Assistant Attorney General, for petitioner. *Samuel B. Waterman* for respondent.